IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN H. SLEDGE                                                                      PLAINTIFF

V.                                              NO. 3:10CV012-M-A

MARSHALL COUNTY SHERIFF DEPARTMENT                  DEFENDANT

FINAL JUDGMENT

The plaintiff, proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. Following the defendant's motion to dismiss, the Magistrate Judge submitted a report recommending the dismissal the complaint and the imposition of sanctions based upon the plaintiff's failure to participate in discovery. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated February 9, 2011, the plaintiff's objections are not well taken.
THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry 19) is APPROVED and ADOPTED as the opinion of this court;

(3) the complaint is dismissed for the plaintiff's failure to comply with an order of the court; and

(4) this matter is CLOSED.

SO ORDERED, this the 24th day of February, 2011.

                                              **/s/ MICHAEL P. MILLS**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**
                                              **NORTHERN DISTRICT OF MISSISSIPPI**